**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 05-6069

———————

WARREN CHASE,

Plaintiff - Appellant,

versus

CORRECTIONAL MEDICAL SERVICE, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-04-2808-1-CCB)

———————

Submitted: April 14, 2005          Decided: April 20, 2005

———————

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Warren Chase, Appellant Pro Se. Philip Melton Andrews, Mindy Lynn Caplan, KRAMON & GRAHAM, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Warren Chase appeals a district court order granting the Defendant summary judgment and dismissing his complaint seeking an emergency order for medical services.  We have reviewed the record and the district court's order and memorandum and affirm for the reasons stated by the district court.  See <u>Chase v. Correctional Med. Serv., Inc.</u>, No. CA-04-2808-1-CCB (D. Md. Dec. 6, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>